# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JASON WHEAT**                                                                                      **PETITIONER**

**VS.**            **CASE NO.: 4:15CV00180 JLH/BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 11th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE